# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SCHYLER GOODWIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DALE GOODWIN AND LINDA GOODWIN )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>G S BANCSHARES, INC., )<br>)<br>Nominal Defendant. ) | Case No.: 5:20-CV-04002-HJT-TJJ |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT, SHAREHOLDER NOTICE, AND SETTING OF FINAL HEARING PURSUANT TO RULE 23.1

COME NOW Plaintiff Schyler Goodwin, Defendants Dale and Linda Goodwin, and Nominal Defendant G S Bancshares, Inc. (the "Parties"), by and through undersigned counsel, and for the reasons set forth in the accompanying Memorandum of Law in support of this motion, submit this joint motion for the Court to enter the accompanying proposed Order Preliminarily Approving Proposed Settlement, direct the issuance of notice, and set a final settlement hearing during which time the Court may make a final determination regarding the proposed settlement.

WHEREFORE, the Parties respectfully submit this Joint Motion for Preliminary Approval of Derivative Settlement, Shareholder Notice, and Setting of Final Hearing Pursuant to Rule 23.1.

Dated: November 6, 2020		By:	/s/ *Matthew T. Geiger*
					Matthew T. Geiger KS #19205
					10000 College Boulevard, Suite 100
					Overland Park, Kansas 66210
					Telephone: (913) 661-2430
					Facsimile: (913) 362-6729
					mgeiger@geigerprell.com

					**Attorney for Plaintiff**

					/s/ *Daniel E. Blegen*
					Daniel E. Blegen KS #19092
					Spencer Fane LLP
					1000 Walnut, Suite 1400
					Kansas City, Missouri 64106
					Telephone: (816) 292-8109
					Facsimile: (816) 474-3216
					dblegen@spencerfane.com

					and

					Ronald S. Shalz KS #8803
					Shalz Law
					1675 W. Fourth, Suite A
					Colby, KS 67701
					Telephone: 785-462-6736
					rshalz@st-tel.net

					**Attorneys for Defendants**
					**Dale and Linda Goodwin**

					/s/ *Scott A. Wissel*
					Scott A. Wissel KS #18589
					Daniel R. Luppino KS #25354
					Lewis Rice LLC
					1010 Walnut Street, Suite 500
					Kansas City, Missouri 64106
					Telephone: (816) 421-2500
					Facsimile: (816) 472-2500

					**Attorneys for Nominal Defendant**
					**G S Bancshares, Inc.**

WA 15287823.2

## CERTIFICATE OF SERVICE

      I hereby certify that on November 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

/s/ *Daniel E. Blegen*
Daniel E. Blegen
Attorney for Defendants
Dale and Linda Goodwin

WA 15287823.2