**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| SCHYLER GOODWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DALE GOODWIN AND LINDA GOODWIN, | ) | Case No.: 5:20-CV-04002-HJT-TJJ |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| G S BANCSHARES, INC., | ) | |
| | ) | |
| Nominal Defendant. | ) | |

**[PROPOSED] NOTICE OF PROPOSED SETTLEMENT OF DERIVATIVE ACTION,
FINAL SETTLEMENT HEARING, AND RIGHT TO APPEAR**

To:    ALL CURRENT RECORD HOLDERS OF COMMON STOCK OF G S BANCSHARES, INC. ("G.S. BANCSHARES" OR THE "COMPANY") ("CURRENT G.S. BANCSHARES SHAREHOLDERS").

PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. THIS NOTICE RELATES TO A PROPOSED SETTLEMENT AND DISMISSAL OF THE ABOVE-CAPTIONED SHAREHOLDER DERIVATIVE ACTION AND CONTAINS IMPORTANT INFORMATION REGARDING YOUR RIGHTS, WHICH MAY BE AFFECTED BY THESE LEGAL PROCEEDINGS. IF THE COURT APPROVES THE SETTLEMENT, YOU WILL BE FOREVER BARRED FROM CONTESTING THE APPROVAL OF THE PROPOSED SETTLEMENT AND FROM PURSUING THE RELEASED CLAIMS.

THE COURT HAS MADE NO FINDINGS OR DETERMINATIONS CONCERNING THE MERITS OF THE ACTION. THE RECITATION OF THE BACKGROUND AND CIRCUMSTANCES OF THE SETTLEMENT CONTAINED HEREIN DOES NOT CONSTITUTE THE FINDINGS OF THE COURT. IT IS BASED ON REPRESENTATIONS MADE TO THE COURT BY COUNSEL FOR THE PARTIES.

Notice is hereby provided to you of the proposed settlement (the "Settlement") of this shareholder derivative litigation. This Notice is provided by Order of the United States District Court for the District of Kansas. It is not an expression of any opinion by the Court. It is to notify you of the terms of the proposed Settlement, and your rights related thereto.

## I. WHY THE COMPANY HAS ISSUED THIS NOTICE

Your rights may be affected by the settlement of the Action styled Goodwin v. Goodwin, Case No. 5:20-CV-04002-HJT-TJJ (the "Action"). Plaintiff Schyler Goodwin, defendants Dale Goodwin and Linda Goodwin ("Individual Defendants"), and nominal defendant G.S. Bancshares (G.S. Bancshares and the Individual Defendants collectively, "Defendants"), have agreed upon terms to settle the Action and have signed a Settlement Agreement setting forth those settlement terms.

On [date], 2020, at [time], the Court will hold a hearing (the "Final Hearing") in the Action. The purpose of the Final Hearing is to determine: (i) whether the terms of the Settlement are fair, reasonable and adequate and should be approved; (ii) whether a final judgment should be entered; and (iii) such other matters as may be necessary or proper under the circumstances.

## II. SUMMARY OF THE ACTION

On January 8, 2020, Plaintiff filed a complaint, captioned Goodwin v. Goodwin, Case No. 5:20-cv-04002, in this Court, the United States District Court for the District of Kansas, asserting a claim for breach of fiduciary duty and negligence against Dale Goodwin, Linda Goodwin, and G.S. Bancshares. On March 9, 2020, Dale Goodwin and Linda Goodwin filed a motion to dismiss for failure to state a claim, or in the alternative, for a more definitive statement. In response, on March 20, 2020, Plaintiff filed an amended complaint. On April 3, 2020, Dale Goodwin and Linda Goodwin filed a motion to dismiss the amended complaint for failure to state a claim. On May 27, 2020, United States District Court Judge Holly L. Teeter granted Dale and Linda Goodwin's motion to dismiss, but allowed Plaintiff 14 days to file a Second Amended Complaint, styled as asserting derivative claims.

On June 3, 2020, Plaintiff filed a Verified Second Amended Complaint, naming Dale Goodwin and Linda Goodwin as Defendants, and G.S. Bancshares as a nominal defendant, which now serves as the operative complaint.

The parties began arm's-length settlement negotiations in June of 2020. These negotiations included numerous telephone conferences and significant correspondence between counsel for all parties, during which the terms of this Settlement were debated and negotiated.

All parties to the Action have agreed to a resolution of the claims asserted therein and any and all claims which could have been asserted therein, as set forth in the Settlement. All parties and their counsel concur that the Settlement is fair, reasonable, and adequate.

## III. TERMS OF THE PROPOSED DERIVATIVE SETTLEMENT

The principal terms, conditions, and other matters that are part of the Settlement, which is subject to approval by the Court, are summarized below.

Plaintiff, G.S. Bancshares, and the Individual Defendants have agreed that the commencement and prosecution of the Action, as well as Plaintiff's demands, were a significant factor in the agreement to adopt and/or implement the corporate governance reforms detailed below, that such measures are a direct result of the prosecution of the Action and that the reforms described below confer a substantial benefit to G.S. Bancshares.

The Settlement would require G.S. Bancshares to declare the reasonable rental value of the residence located at 716 E. 5th Street, Goodland, Kansas, as income to Individual Defendants for

each year they occupy this property.  The Settlement would also require that G.S. Bancshares charge a reasonable market rent for occupancy of the residence located at 1023 W. 11th Street, Goodland, Kansas.

## IV. DISMISSAL OF THE ACTION

The Settlement also provides for the entry of judgment dismissing the Action against Individual Defendants and G.S. Bancshares with prejudice.  This judgment would bar and release all claims that have been or could have been brought in any court on behalf of G.S. Bancshares by Plaintiff in the Action or by G.S. Bancshares, or any of its shareholders, against the Individual Defendants relating to any of the claims or matters that were alleged in the Action or that arise from the matters alleged in the Action.

## VI. REASONS FOR THE SETTLEMENT

Counsel for the parties believe that the Settlement is in the best interests of the parties to the Action and G.S. Bancshares' shareholders.

### A. Plaintiff's Agreement to Settle

Plaintiff's counsel has evaluated the claims and the underlying events and transactions alleged in the Action. Plaintiff's counsel has analyzed the evidence available thus far in the Action, and has researched the applicable law with respect to the claims of Plaintiff against the Individual Defendants and the potential defenses thereto.

Based upon the evaluation as set forth above, Plaintiff and Plaintiff's counsel have concluded that the terms and conditions of the Settlement are fair, reasonable, and adequate to Plaintiff, G.S. Bancshares and its shareholders, and in their best interests, and have agreed to settle the claims raised in the Action pursuant to the terms and provisions of the Settlement after considering, among other things, the benefits that G.S. Bancshares and its shareholders will receive from the Settlement, and the uncertain outcome, risks, difficulties, and delays in the continued litigation of the Action.

In particular, Plaintiff and his counsel considered the litigation risk inherent in this shareholder derivative action. The law imposes significant burdens on plaintiffs for pleading and proving a shareholder derivative claim. While Plaintiff and his counsel believe their claims are meritorious, Plaintiff and his counsel acknowledge that there is a substantial risk that the Action may not succeed in producing a recovery in light of the applicable legal standards and possible defenses.

### B. Defendants' Agreement to Settle

The Individual Defendants have denied, and continue to deny each and every allegation of liability made against them or that could have been made against them in the Action, and assert that they have meritorious defenses to those claims and that judgment should be entered dismissing all claims against them with prejudice. The Defendants have thus entered into the Settlement to avoid the burden, expense, management distractions, and uncertainties that would be involved in protracted litigation and without admitting any wrongdoing or liability.

WA 15330688.2

## VII. FINAL HEARING

On [date], 2020, at [time], the Court will hold the Final Hearing via Zoom video conference. The URL for this video conference is: [URL]. At the Final Hearing, the Court will consider whether the terms of the Settlement are fair, reasonable, and adequate, and thus should be finally approved and whether the Action should be dismissed with prejudice pursuant to the Settlement.

## VIII. RIGHT TO ATTEND FINAL HEARING

Any Current G.S. Bancshares Shareholder may, but is not required to, participate in the Final Hearing video conference. If you want to object at the Final Hearing, then you must first comply with the procedures for objecting, which are set forth below. The Court has the right to change the hearing dates or times without further notice. Thus, if you are planning to attend the Final Hearing, you should confirm the date and time. CURRENT G.S. BANCSHARES SHAREHOLDERS WHO HAVE NO OBJECTION TO THE SETTLEMENT DO NOT NEED TO APPEAR AT THE FINAL HEARING OR TAKE ANY OTHER ACTION.

## IX. THE PROCEDURES FOR OBJECTING TO THE SETTLEMENT

Any Current G.S. Bancshares Shareholder may participate in the video conference and show cause, if he, she or it has any, why the Settlement of the Action should not be approved as fair, reasonable, and adequate, or why a judgment should not be entered thereon, provided, however, that no Current G.S. Bancshares Shareholder shall be heard or entitled to contest the approval of the terms and conditions of the Settlement, or, if approved, the judgment to be entered thereon approving the same, unless that person has, on or before [10 days before the date of the Final Hearing] served on the following counsel (delivered by hand or sent by first class mail) written objections and copies of any papers and briefs in support thereof at the addresses listed below:

      Matthew T. Geiger
      Geiger Prell
      10000 College Boulevard, Suite 100
      Overland Park, Kansas 66210
      Telephone: (913) 661-2430
      mgeiger@geigerprell.com

      *Attorney for Plaintiff*

      Scott Wissel
      Lewis Rice LLC
      1010 Walnut, Suite 500
      Kansas City, Missouri 64106
      Telephone: (816) 421-2500
      sawissel@lewisricekc.com

      *Attorney for Nominal Party G.S. Bancshares*

WA 15330688.2

Daniel Blegen
Spencer Fane LLP
1000 Walnut, Suite 1400
Kansas City, Missouri 64106
dblegen@spencerfane.com
Telephone: (816) 292-8109

*Attorney for Individual Defendants*

Any Current G.S. Bancshares Shareholder who does not make his, her or its objection in the manner provided herein shall be deemed to have waived such objection and shall forever be foreclosed from making any objection to the fairness, reasonableness, or adequacy of the Settlement, unless otherwise ordered by the Court, but shall otherwise be bound by any judgment entered by the Court and the releases to be given.

## X. HOW TO OBTAIN ADDITIONAL INFORMATION

This Notice summarizes the Settlement. It is not a complete statement of the events of the Action or the terms of the Settlement.

You may obtain a copy of the Settlement by requesting the same from Plaintiff's counsel.

PLEASE DO NOT CALL, WRITE OR OTHERWISE DIRECT QUESTIONS TO EITHER THE COURT OR THE CLERK'S OFFICE. Any questions you have about matters in this Notice should be directed in writing to counsel for Plaintiff or Defendants.

DATED:                    , 2020

BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

5

WA 15330688.2