### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SCHYLER GOODWIN, | ) |
|     Plaintiff, | ) |
| v. | ) |
| DALE GOODWIN AND LINDA GOODWIN, | )    Case No.: 5:20-CV-04002-HJT-TJJ |
|     Defendants, | ) |
|   and | ) |
| G S BANCSHARES, INC., | ) |
|     Nominal Defendant. | ) |

### JOINT MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT PURSUANT TO RULE 23.1

COME NOW Plaintiff Schyler Goodwin, Defendants Dale and Linda Goodwin, and Nominal Defendant G S Bancshares, Inc. (the "Parties"), by and through undersigned counsel, and submit this joint motion for the Court to grant final approval of the proposed settlement of this action, including dismissal with prejudice, during or following the Final Settlement Hearing on December 16, and enter the accompanying proposed Order Granting Final Approval of Settlement and Dismissal. In support of this motion, the Parties state as follows:

1. After vigorous litigation followed by extended settlement discussions, the Parties entered into a settlement of the above-captioned derivative action on November 6, 2020, consisting of certain corporate reforms in exchange for the dismissal of this action with prejudice.

2. On November 6, 2020, the Parties filed a Joint Motion for Preliminary Approval of Derivative Settlement, Shareholder Notice, and Setting of Final Hearing Pursuant to Rule 23.1 (Doc. 39); a memorandum in support thereof (Doc. 40); and a Proposed Notice of Proposed

1

Settlement (Doc. 41). The Parties also provided the Court a proposed order granting the Parties' joint motion.

3. After reviewing "the motion, the record, and the law," on November 9, 2020, the Court entered an order (Doc. 42) preliminarily approving the proposed settlement, approving the proposed form of shareholder notice and directing the Parties to distribute the notice by November 20, and ordering that a Final Settlement Hearing be held on December 16, 2020, at 10:00 a.m., during which time the Court will evaluate, *inter alia*, whether the settlement is fair, reasonable, and adequate, and may grant final approval of the settlement if appropriate.

4. On November 13, 2020, the Parties distributed the approved notice of the proposed settlement to all shareholders of G S Bancshares, Inc., via First Class U.S. Mail. *See* Doc. 43 and Exhibit A.

5. The approved shareholder notice provided shareholders until December 7, 2020, to submit comments or objections to the proposed settlement, and advised that comments or objections submitted after that date will not be eligible for consideration.

6. No shareholders have submitted any comments or objections as of the filing of this motion, on December 9, 2020.

7. As explained in the Parties' Joint Motion for Preliminary Approval of Derivative Settlement, Shareholder Notice, and Setting of Final Hearing Pursuant to Rule 23.1 (Doc. 39) and Memorandum in Support thereof (Doc. 40), the Proposed Settlement is fair, reasonable, and adequate.

WHEREFORE, the Parties respectfully submit this joint motion for the Court to grant final approval of the proposed settlement of this action pursuant to Rule 23.1 and enter the accompanying proposed order.

Dated: December 9, 2020 By: /s/ *Matthew T. Geiger*
Matthew T. Geiger KS #19205
10000 College Boulevard, Suite 100
Overland Park, Kansas 66210
Telephone: (913) 661-2430
Facsimile: (913) 362-6729
mgeiger@geigerprell.com

**Attorney for Plaintiff**

/s/ *Daniel E. Blegen*
Daniel E. Blegen KS #19092
Spencer Fane LLP
1000 Walnut, Suite 1400
Kansas City, Missouri 64106
Telephone: (816) 292-8109
Facsimile: (816) 474-3216
dblegen@spencerfane.com

and

Ronald S. Shalz KS #8803
Shalz Law
1675 W. Fourth, Suite A
Colby, KS 67701
Telephone: 785-462-6736
rshalz@st-tel.net

**Attorneys for Defendants**
**Dale and Linda Goodwin**

/s/ *Scott A. Wissel*
Scott A. Wissel KS #18589
Daniel R. Luppino KS #25354
Lewis Rice LLC
1010 Walnut Street, Suite 500
Kansas City, Missouri 64106
Telephone: (816) 421-2500
Facsimile: (816) 472-2500

**Attorneys for Nominal Defendant**
**G S Bancshares, Inc.**

3

WA 15880020.2

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

/s/*Daniel E. Blegen*
Daniel E. Blegen
Attorney for Defendants
Dale and Linda Goodwin
