# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SCHYLER GOODWIN, | ) |
| Plaintiff, | ) |
| v. | ) |
| DALE GOODWIN AND LINDA GOODWIN, | ) Case No.: 5:20-CV-04002-HJT-TJJ |
| Defendants, | ) |
| and | ) |
| G S BANCSHARES, INC., | ) |
| Nominal Defendant. | ) |

## ORDER OF FINAL APPROVAL OF SETTLEMENT AND DISMISSAL

This matter came before the Court on the parties' Joint Motion for Final Approval of Derivative Settlement Pursuant to Rule 23.1 ("Joint Motion for Final Approval"), filed December 9, 2020. At the time of filing the motion, no shareholder had submitted any comments or objections to the proposed settlement.

The Court held a telephonic final approval hearing on December 16, 2020, and the following participated: Matthew Geiger (counsel for Plaintiff), Scott Wissel (counsel for G.S. Bancshares), Dan Blegen and Paul Jacobson (counsel for Defendants), Patricia Krep (shareholder), and Laura Rose (shareholder). After considering the Joint Motion for Final Approval, the information presented during the Final Settlement Hearing on December 16, 2020, and all other papers, evidence, and argument relating thereto, the Court finds that settlement is fair, reasonable, and adequate and grants final approval. The Court therefore orders:

1. The Joint Motion for Final Approval (Doc. 44) is GRANTED;

2. The above-captioned case is DISMISSED WITH PREJUDICE, each party to bear their own costs.

IT IS SO ORDERED.

Dated: <u>December 16, 2020</u>

*/s/ Holly L. Teeter*
The Honorable Holly L. Teeter
United States District Judge
